# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI MELENDEZ, individual,<br><br>Plaintiff,<br><br>v.<br><br>TARINA TARANTINO DESIGNS, LLC, a California limited liability company; TARINA TARANTINO, an individual; ALFONSO CAMPOS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: LA CV 11-5861 GHK(Ex)<br><br>Honorable George H. King<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Complaint Filed: May 27, 2011 |

**IT IS HEREBY ORDERED** that:

This matter is dismissed with prejudice in its entirety.

Dated: 3/6/12

_____
Honorable George H. King
UNITED STATES DISTRICT COURT