___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI MELENDEZ, individual, | Case No.: LA CV 11-5861 GHK(Ex) |
| Plaintiff, | Honorable George H. King |
| v. | |
| TARINA TARANTINO DESIGNS, LLC, a California limited liability company; TARINA TARANTINO, an individual; ALFONSO CAMPOS, an individual; and DOES 1-50, inclusive, | [PROPOSED] ORDER OF DISMISSAL |
| Defendants. | Complaint Filed: May 27, 2011 |

**IT IS HEREBY ORDERED** that:

This matter is dismissed with prejudice in its entirety.

Dated: 3/6/12

_____
Honorable George H. King
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER OF DISMISSAL

129610